COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause number:     01-12-00447-CV

Style:     ConocoPhillips Company

     **v** Bascom Craddock and Robert S. Kennedy

In anticipation of oral arguments, scheduled for November 27, 2012, the Court requests supplemental briefing from the parties, supported by relevant legal authorities, on the issues of:

(1)     whether a finding by the factfinder at trial of this action would operate as issue preclusion or collateral estoppel on a subsequent arbitration of Tonia Graham's and Mindy Dicus's related claims against ConocoPhillips and

(2)     a finding in arbitration of Graham's and Dicus's related claims against ConocoPhillips would operate as issue preclusion or collateral estoppel in a subsequent trial of this action.

The Court **ORDERS** that any such supplemental briefing be filed with, and actually received by, the Court on or before 12:00 p.m. on November 20, 2007.

Judge's signature: /s/ Harvey Brown
     ☑ Acting individually     ☐ Acting for the Court

Panel consists of Justices Keyes, Massengale, and Brown.

Date: November 5, 2012

November 7, 2008 Revision